IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| TERRY WAYNE LINGENFELTER | ) | CASE NO. 09-81726 |
| JOAN MCCAULEY LINGENFELTER | ) | |
| SSN: xxx-xx-9823 | ) | CHAPTER 13 |
| SSN: xxx-xx-6605 | ) | |
| DEBTORS | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Sarah D. Miranda, of The Law Firm of Hutchens, Senter & Britton, P.A., does herewith give notice of her appearance in the above-styled matter as attorney for Chase Home Finance, LLC.

Please mail all Notices and other documents required to be served upon creditors to the undersigned at the following address:

| Chase Home Finance, LLC | Chase Home Finance, LLC | Sarah D. Miranda |
|---|---|---|
| c/o Sarah D. Miranda | represented by: | 4317 Ramsey Street |
| Bankruptcy Department | | P.O. Box 2505 |
| P.O. Box 2505 | | Fayetteville, NC 28302 |
| Fayetteville, NC 28302 | | 910-864-2668 |
| | | 910-864-6177 (fax) |
| | | hsbbkydept@hutchensandsenter.com |

This, the 14th day of October, 2009.

THE LAW FIRM OF HUTCHENS, SENTER & BRITTON, P.A.

BY: s:/Sarah D. Miranda
    Sarah D. Miranda
    Attorney for Movant
    4317 Ramsey Street
    Post Office Box 2505
    Fayetteville, NC 28302
    (910) 864-2668
    State Bar No. 29354

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date this paper was served upon the following parties by depositing a copy enclosed in a postpaid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service or via the appropriate electronic servicer:

Attorney for Debtors:
John T. Orcutt
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Chapter 13 Trustee
302 East Pettigrew St., Suite B-140
P.O. Box 3613
Durham, NC 27702

This, the 14th day of October, 2009.

THE LAW FIRM OF HUTCHENS, SENTER & BRITTON, P.A.

BY: s:/Sarah D. Miranda
    Sarah D. Miranda
    Attorney for Movant
    4317 Ramsey Street
    Post Office Box 2505
    Fayetteville, NC 28302
    (910) 864-2668
    State Bar No. 29354